Next case is Honey Pot, Project Honey Pot v. Chernuk et al. and Mr. Praid. Praid, your honor. May it please the court. My name is John Praid. I represent Project Honey Pot, which is an email service provider and a John Doe consumer in Arlington, Virginia, who tried to buy drugs, fake drugs, online. There are two questions on appeal, your honor, but an overarching question I'd like to raise. You're kind of outnumbered today, aren't you? I am, your honor. More lawyers, more spammed websites, more spam, more merchant accounts. We'll get to all of that. The overarching question here, your honors, is whether the U.S. Constitution bars U.S. victims from suing offshore banks that systematically turn a blind eye to illegal online pharmacies that are using fake strawman merchant accounts within the Visa and other credit card systems to spam, advertise, and sell harmful, fake drugs without a prescription to American consumers. Let me ask you a question in response to your announcement. Is turning a blind eye sufficient to create a person, make a person a co-conspirator? Under the Gucci standard, yes, it is. And I think it comes down to how willfully blind... We'll take anybody's money. You have mafias depositing tons of money in a bank. You have South American money going into Miami. Everybody knows a lot of that money is probably not good. So the banks become co-conspirators because they could ask questions about where the money comes, but that's not their business. Well, it is their business, though, your honor, and that is a difficult rub, but I think the concept that willful blindness can give rise to personal jurisdiction, even where the entity... Well, I think you have to get willful blindness as the member of a conspiracy aimed at the United States, right? Absolutely. All right. Absolutely. And the conspiracy part is the part I think you have to address because absent that, I don't think there's anything. And that's even a dicey theory. I understand that, your honor. Let me... I'm not even sure. Has the Supreme Court addressed a conspiracy participation, overseas conspirators in a conspiracy that's ongoing in the United States to be in jurisdiction here, personal jurisdiction? I don't believe in the internet space that it has, your honor, and that's part... And I don't know if the Supreme Court has ever ruled that that's so, but let's assume just for the moment that a conspiracy theory for jurisdiction would work. I'm not convinced, but would work. Tell me why these banks who are receiving the assets of these businesses in foreign countries, part of a conspiracy in the United States? Certainly, your honor. Happy to. In the end, it's because the credit card processing system that's being exploited here is ultimately a very simple game. It's a game an elementary school child could identify. Banks and the merchants and other intermediaries, internet payment service providers, independent sales organizations, and card processors, understand that in order to process illegal sales through Visa and MasterCard, you have to do so through straw man merchant accounts. And in order to do that, you have to turn a blind eye as to the identity of the straw man that presents to you on day one, so when that same merchant behind the scenes presents himself to you on day two after you've terminated the first merchant, you can claim ignorance as to the overlapping nature of the identities between those two merchants. That's a simple game an elementary school child could identify. So at the bottom line, have the banks violated some statutory duty? Is this some common law duty, a contract? I mean, how do you get the basis of their duty to perform these functions? Right. I think there are two bases, really. One is they have violated their contractual obligations to the card associations. Visa has 1,000 pages of operating guidelines that impose tremendous regulations. Visa's not a party to this case, are they? No, they're not. But the violation of those regulations, I think, gives rise to an assumption at the pleading stage of willful ignorance. Let me ask you something. A person in the United States responding to one of these e-mail ads, Canadian Pharmacy or whatever it is, uses their credit card or his or her credit card in the United States. It goes to Chase Manhattan Bank who issued the card. Chase Manhattan then communicates some kind of transaction to the bank in Lithuania. Lithuania then charges the account or credits the account in Lithuania. Now, you're saying that you're going to have to come through that American bank, which is doing legitimate business, isn't it? If it's the issuing bank to the consumer. Yeah, I mean, these are American citizens, and I would guess that most of these people have credit cards issued by banks in the United States. Most of the Americans, yes, making purchase. How about John Doe? Where was his credit card? It was a debit card issued by a state bank in Virginia. All right. So now the state bank in Virginia took his order and processed, charged his account, and then sent that transaction to where? Well, it actually starts in the opposite direction, Your Honor. John Doe goes to a website. He thinks it's a Canadian Pharmacy website legitimately operating out of a brick-and-mortar state of Canada. All right, so it goes to the Lithuanian bank. The Lithuanian bank comes back to the Virginia bank and then charges John Doe's account. Charges his card. Okay. Right. He then, part of the complexity of all of this. So now, in coming to the United States, the only transaction that the bank is engaged in is this interbank transaction overseas with the Lithuanian bank and the Virginia bank, right? That's the primary purpose of the acquiring bank's involvement, but it's not its only purpose. In the end, banks are involved in the credit card processing system to underwrite the risk of fraud within the system. Acquiring banks, the real purpose of acquiring banks in the system is to guard against the risk that a merchant could fraudulently penetrate the system, generate fake sales using stolen credit cards. So a Lithuanian bank committing fraud in Lithuania in violation of credit card violations and maybe Lithuanian law should be dragged into the United States because it had a transaction with an American bank? Where that Lithuanian bank, Your Honor, is systematically authorizing merchants that it knows to a certainty are touching American consumers. Well, it's not touching consumers. It's dealing with banks, only with banks. Not the merchants, Your Honor. The merchants are dealing with the Lithuanian bank. The Lithuanian bank is dealing with the Virginia bank, and the Virginia bank deals with its customer, John Doe. But it starts with a spam message transmitted to American consumers who click on it. That's by the merchant. Correct. You're talking about jurisdiction over the banks. Correct. But the banks, the merchants are sending these spam messages for one obvious reason. They're trying to make money. And the reason they can make money is because they know if they can get American consumers to go to these websites, they can conclude a deal. But that requires them to be able to provide the consumer. Has any American court reached a bank like that and subjected them to jurisdiction? I mean, they have zero contact with the United States. Your argument is that because the Internet is global and it comes to the United States, it comes to Canada, it goes to Latin America, and they sell these drugs, Viagra, or whatever they're selling. My point, Your Honor, is that the Internet has, to some degree, forced us to change the way we conceive of what personal jurisdiction means. Because the U.S. Constitution simply requires us... Yeah, but you're talking about some kind of foreseeability test. Absolutely. Well, that's not the test. At least, we wrote an opinion that talked about targeting your effort with the intent to avail yourselves of the laws of Virginia. I think it's important... And that Lithuanian bank, just because it knew some of the customers down the line in Virginia, is not coming to Virginia. I think, though, it's important to understand what the banks are alleged to have known in this case, both these banks specifically and banks that play the institutional role that's required of banks that are acquiring banks within the visa system. Why don't we go after the whole Russian mafia system? I mean, they've affected the United States a lot. And if a case or controversy involved that, Your Honor, I think that would be an appropriate use of judicial resources in consumers or American citizens suffering harm, a discernible harm, attributable to an identifiable group of defendants, have a legitimate basis for seeking recourse in the courts, and that the U.S. Constitution should not stand in the way to bar them. That's what this case ultimately is about. Before the Internet, it was extremely difficult for a Russian thug to reach out and touch American consumers. Today, it's trivial. Is the merchant, any of the merchants, before the court? We had named two individuals, Your Honor. I understand, but are they before the court? They're not before the court. And that's... Why not? Because we don't know who those merchants are. And we don't know who they are because the... How do you know they conspired with the banks? Because this conspiracy can't happen without the bank's presence. So you have John Doe merchants dealing with a bank, and a bank says, I'll do business with the merchants, and you don't know anything more than that? You have real people communicating with the bank. They aren't ghosts. The problem is, to us, at this point in time, they are ghosts. And that cuts to the essence of what I think Judge Brinkema's decision was based upon. She felt that there was too much of a slippery slope in this case that suggested that if jurisdiction lies in this case, it would lie in any case in which a consumer... She's probably right in that, unless... I mean, you still haven't... You keep talking about the banks having knowledge or turning a blindfold eye or taking advantage of this business, but that's for their own goods. They don't care about the sale of Viagra, false Viagra, or the sale of this. They're basically a banking institution, and the question is, do they have to filter all the money that comes and goes to their banks? And if they don't filter, are they liable in the whole world for where that money goes? And there's no doubt, Your Honor, that they are responsible for filtering. They are required by Visa and MasterCard to take applications. Well, that's a contractual arrangement, right? But there's a reason why it exists. Again, the banks are in this system to prevent gross fraud, but Visa and MasterCard recognize there's a residual risk of fraud that says... Is there any evidence on the record that the banks know where a particular e-mail is going or where a particular e-mail went and why a transaction arose? I think through the charge-back mechanism, Your Honor. They certainly know this is a charge. A bank in America sends them a charge. No, it's a charge-back I'm referring to, Your Honor. When a consumer realizes that they've been duped in some manner within the card processing system... It could be a defective product, too. It could be a defective product, but there's... In this case, John Doe went to his Virginia bank. Virginia bank credited him. I assume the Virginia bank went to the whatever Lithuanian bank. It credited the account, probably charged the account, and there was nothing more in it. But you're talking about a conspiracy sufficient to bring these entities that have zero contact with the United States except through this banking arrangement into the United States. And I understand the Court's skepticism, and I concede there is a line... I don't understand what principle we apply. Well, I think it comes down to an evaluation of how willful and systematic the blindness was. At some point, willful blindness in the Internet space has to be cognizable in the United States, and the Constitution cannot bar it. Is your claim that there's... Whether or not your complaint asserts this, there's willful blindness on the part of the Azerbaijani bank, that that bank, you allege, specifically dealt with the Virginia bank that issued the debit card? Not that they've dealt directly with the Virginia bank, though they did, but it actually goes through a third-party mechanism within the Visa system. The two banks don't talk. In fact, the banks aren't really... Well, listen, don't go too far afield. Let me make my question more specific. I'm exploring this not from the question just of sort of some general jurisdiction. Is there, like, a specific jurisdiction? It seemed to me that's what you were arguing under this arrangement, that you seem to be arguing that since it's a really bad fraud operation, and you may be right, we should sort of look at it slightly different considering the Internet, but that there is, in addition to that, some specific contact with this country in the fraud operation, either by way of chargeback or initial charge or something that gets somehow that bank involved directly with a Virginia person or bank. Is that true? And is that so alleged in your complaint? Yes, Your Honor. I see I'm out of time. You can answer that quickly. I appreciate that. Yes, there is, I believe, a direct relationship between the acquiring banks and the issuing banks. There may be some intermediary in between, but in essence, that's what happens. There's a handshake between the two of them whereby the acquiring bank says, we're told your cardholder bought product from one of our merchants. You owe us money. So that's sort of like a question of this is a theory that hadn't quite been explored, but the fact those concerns may be assuaged because there is, even though it's indirect, there's a specific contact on such a transaction, commercial transaction, that's what you're concerned about, correct? Correct, with respect to not just the issuing banks being in the United States, but the fact that their cardholders are also in the United States. I don't know. No, I'm not asking anything about that. I'm talking about the specific transaction that the communication, the charge-back, and the charge through the bank indirectly goes on this specific charge that goes to the whole fraud operation. It's a specific contact, not a general contact, but a specific contact on this specific fraud operation. That's your argument. It is part of our argument that the acquiring banks know that these transactions are being consulated. That has to do with the fraud question. That has to do with the fraud. I'm talking about the contact question. You claim that the fraud has shown that they should know better, my gosh, the way they conduct business. That establishes, that goes to the question of whether or not there's fraud. I understand. I'm putting that aside for a second. I'm talking about the contact that justifies jurisdiction. And, yes, that's what I'm addressing. They know these transactions, whether they're fraudulent or not. They know that, in the end, the issuing banks are domestically based within the United States. That's not the question I asked. I'm sorry. That's not the question. That is sort of a general context issue. I'm talking about, I thought you seemed to be asserting in response to these hypotheticals, that there was a specific contact between that bank, although it may be through a third party, back to that Virginia bank on this fraudulent sale. Is that not what you're asserting? I'm hearing you say the same thing I tried to answer earlier, Your Honor, so I apologize if I don't understand it. It has nothing to do with the fact that they know generally those cards are going to U.S. citizens. It has nothing to do with that at all. That's what you answered me. I said, are you asserting there's a specific, in other words, there are specific, and you assert in your complaint, there are specific Internet transactions back to the Virginia bank from that bank in Azerbaijan. Indeed, you can tell from the first six digits. I didn't ask you all that explanation. I said, is that what you've asserted in your complaint? I believe so, Your Honor. All right. Let me ask you one more question. If we assume that you can use this conspiracy theory as a basis for personal jurisdiction, and you further assume that the willful blindness is a sufficient allegation to bring the foreign banks in as part of this conspiracy, they're brought in because they have willfully ignored, as I understand your pleadings, the requirements of their Visa and MasterCard agreements to police, for lack of a better word, the customer. Wouldn't that also be the grounds that you would bring Visa and MasterCard in as additional conspirators because they aren't policing their own agreement with the banks? There's not evidence in the record that would establish that level of culpability by the operators of the overall system. Certainly at a policy level, Your Honor, the question you're asking is an important one because unlike any of us who are trying to resolve this problem, Visa, the acquiring banks, everyone else in the process that tries to stop fraud, their primary method of doing it is by extracting profits from the ultimate bad guy and saying, I'm taking your money. I'm really angry that you just made premium profit for me. Don't do it again. Out the door with you. Don't come back with that face tomorrow because I'd hate to make premium profit tomorrow as well. It's a very complicated policy argument that asks, at what point do those who have been put in charge of the chicken coop are being allowed to eat some of the chickens, the means of deterring the chickens from staying in the chicken coop? It's a real problem. So does that mean you would not bring Visa and MasterCard in as co-conspirators? Certainly not at this point, Your Honor. There's not evidence to suggest. Okay. You've answered my question. Thank you, Your Honor. All right. Thank you. Mr. Whitney. May I please have the court? Good morning, Your Honors. Craig Whitney, Morrison & Forrester, on behalf of Defendant Appley A.S.D. and Bibanca. With me today is my colleague, Mr. Huff, also from Morrison & Forrester, Mr. McKeon of Gibbons PC, on behalf of ZAO Refusen Bank, as well as Mr. Sherrod of Herschler Fleischer, also on behalf of ZAO Refusen Bank, and Mr. Swan of Baker & McKenzie, on behalf of Bank Standard Commercial Bank, Closed Joint Stock Company, and Azaragoz Bank. Where's your bank from? My bank is from Latvia. That is A.S.D. and Bibanca. And I'll be speaking on behalf of all appellees here today, Your Honors. If the panel has any specific questions regarding any specific bank, I'm confident that my colleagues would be more than happy to answer those questions. But for the general argument, I'll be speaking on behalf of all appellees. The facts, for the most part, are generally similar for the banks. We believe so, Your Honor. We believe so. Do you think that the other side doesn't make out a – I'm going to ask this. would be insufficient? Or do you think they just don't properly plead the theory they're trying to assert? Please don't say both. I believe, Your Honor, that their theory, even if properly pled, would have been insufficient. If you could show that a bank overseas was involved in fraud, if you could show that, and you could show that that bank had contacts with a bank on that fraudulent transaction in Virginia, why wouldn't that be jurisdiction over that bank? Because the contact, not general contacts, but the specific contact, was aimed at that exact transaction. Why wouldn't that be it? Well, there's a number of steps there, Your Honor. First of all, the transaction would have had to have existed with an actual plaintiff that could demonstrate that that bank processed that transaction, which doesn't exist here. Listen, I'm asking about the theory now. I'm asking about the theory. I didn't ask about the specific facts of this case. I'm saying, why can't you do that? Not, is it alleged in this case? Why can't you have a theory like I've outlined, that a bank – this is hypothetical – a bank understands and is involved in fraud, and part of that fraud, the credit card for a person in Virginia is being used, whichever way the line runs, that the money goes from his account issued by the Virginia Bank through that account, Virginia Bank, back to that fraudulent bank. Why wouldn't that be a theory that would allow jurisdiction over a foreign bank? Well, Your Honor, if there was – If they have all that. If there was sufficient minimum contacts and purposeful availment with the foreign state – Wait a second. Don't restate the law to me. I've tried to set that up. Would that be sufficient for personal jurisdiction over that foreign bank? If there was these sufficient contacts, then, Your Honor, it would be sufficient. I've already showed you what the contact is. The contact is a Virginia person has a debit card issued by a Virginia Bank, and that account allowed the fraud to be facilitated because a person saw the fraudulent scheme, fell for it, and used that card to pay. Would that be sufficient for personal jurisdiction? Your Honor, I don't believe that would be – Why wouldn't it? Purposeful availment of Virginia in that situation, but I can concede that it could be. It would certainly be a much closer question, Your Honor. I'm not trying to fight your hypothetical. I do believe that it is very far removed from what we have here today. Okay. If that being the case, that it could be, then why isn't that established in the pleading in this case? All right, Your Honor, well, there's a number of reasons why, and I believe Judge Brinkema very coherently stated it. You just go ahead. You state them. Just state them for me. Sure. In the first instance, here the plaintiffs have not shown that the bank defendants have any contacts with the foreign state. We'll start with that. So there's no showing of any contacts. I don't believe there's even any dispute on that matter. Because they haven't alleged it. They haven't alleged it. That is correct. They have also not alleged that any of these banks actually have any connection with the alleged merchants in this case. So they don't even have that connection in this case. Furthermore, Your Honors, they don't allege that any of these banks processed any of the transactions at issue in this case, which is a single transaction by one John Doe plaintiff, and there's no allegations that these banks were involved in that transaction. And even further, Your Honor, the only connection, even if you accept all those things, which we submit the plaintiffs have not shown, is that these banks processed a credit card transaction on behalf of a merchant. That merchant allegedly sent spam email. That spam email allegedly reaches Virginia, and on that basis alone, these banks are now hailed all the way from Azerbaijan and Latvia and Russia into court in the United States. And we submit that that is far removed from due process. I just thought you conceded that at least that last part, if properly alleged, might well be sufficient. Well, Your Honor, I don't think— Under the theory, might well be sufficient. At least you wouldn't say that it's completely not sufficient. What Your Honor had mentioned before, which I think is lacking here, that might have been the connection, was this idea of fraud and this knowing participation. No, no, no, no, no, no, no. That has to do with the fraud. That doesn't have to do with jurisdiction. That doesn't have to do with jurisdiction. No, no, no, no. Either my question is not clear, or you don't understand me, or I don't understand you. I'm leaving that aside. I'm leaving that aside for purposes of my question. I said assuming there was fraud. And I was just trying to see what kind of contact would suffice in this kind of arrangement for jurisdiction. That's what I was asking. I believe I understand, Your Honor. And in this case, I'm not fighting your hypothetical. What I'm saying is lacking in this case with that connection is there is no proper allegation of that level of fraud. Let me ask you as an even more general question than Judge Shedd posed. Do the principles, the constitutional principles, and actually sovereign principles when we're talking about country jurisdiction, accommodate a notion that a conspiracy, which is located mostly in foreign countries, but targets American citizens and commits injury, that each of those conspirators is subject to the jurisdiction of an American court without other contacts? An excellent question, Your Honor. And as Your Honor pointed out before, I don't believe that has ever been specifically addressed at the Supreme Court level. It hasn't at the Supreme Court level. And I guess the argument that lower courts have to make is there's an agency theory and that an agent can provide a contact on behalf of the principal in the United States. I guess that's got to be the theory. I completely agree, Your Honor. The Supreme Court has cautioned against expanding jurisdictional reach overseas and dragging foreign entities into the U.S. courts in general. This is especially the case when you're dealing with an entity that has no direct contacts with the U.S., and now you're going a step further and saying it's part of a conspiracy. If an entity acted directly through an agent to where they're essentially effectively the same entity, then I suppose you reach those direct contacts. But if it's merely these theoretical allegations of a conspiracy, you don't get there. Let me ask you a different question. If a merchant commits fraud over the Internet, this fraud in this case, selling pharmaceuticals to an American citizen, the American citizen sends him the money and it turns out to be a total hoax, is that merchant subject to jurisdiction in the United States? Well, as Judge Demeyer, you're obviously very familiar with the ALS scan case. I believe that under those facts that would probably be sufficient under the ALS scan case to have purposely availed themselves of contacts with the United States. All right. So if we agree that the merchant is, then the argument that the plaintiffs in this case are making is that if the merchant is subject to jurisdiction and if the bank is acting as the merchant's agent in carrying out the fraud, knowingly carrying it out, is there a conspiracy sufficient to bring the bank into the United States? I don't feel that the allegations even come close. No, this is hypothetical. If the banks are acting as agents of an entity engaging in illegal activity in the United States, I think theoretically under the law that could provide purposeful availment. It all comes back to the constitutional framework of due process. Well, ALS scan dealt with, it's a difficult question, the due process clause on personal jurisdiction in the United States. I've always thought it started with a jurisdictional barrier, sort of a state sovereignty in that you can't be hailed into a state. But Calder sort of expanded that a little bit, and I think ALS scan takes advantage of that. We have another layer when we leave the borders of the country and we go to other countries. It's no longer due process. It's no longer American Constitution. It's now whether we can exercise our sovereign power over somebody outside of the country. And traditionally somebody fires cannons into us, we go and take out the cannon shooter. And we take him out physically. We don't have a court bringing jurisdiction. I mean our whole 9-11 war in Afghanistan is on that theory. It's a sovereign theory. I don't know what case the Supreme Court has addressed this most. Was it Asahi or what? Asahi is probably the closest I've seen, Your Honor. That's the one I would have cited as well. Yeah. And so you're reaching out to pick up people, and what comes to mind immediately is, I don't know if you remember, De Beers was accused of monopolizing diamonds, and nobody could do anything about it, or at least didn't think they could do anything about it, until there was a final resolution. And now De Beers does business in New York. They came in and they resolved that. But we never went after them, and they caused enormous economic injury around the world in connection with the diamonds. I gather even though they caused injury in the United States, we didn't think we could have sued them. The Justice Department never went after them in South Africa. We have all the knockoffs and frauds in China with respect to our software, and I don't see us going after those types of things, even though there may be some contacts. I'm trying to figure out what the principles we're going to apply are sovereign power through the courts in foreign countries where people have no physical contact. The only contact with the United States is the Internet and an intent to defraud. And so they do use that mechanism to suck out money of American citizens and take them. So you would think, okay, we can go chase that money on behalf of our citizens, and that's what you conceded with respect to the merchant. And so if that's so, then why wouldn't the theory lie that if the bank was in cahoots with the merchant helping to suck that money out of the United States? Your Honor, it... Wouldn't that be a basis for jurisdiction? It would have to depend on the level of, I guess, connection between the bank and the... Well, let's say it's the most egregious situation. I'm trying to make... I'm trying to create a hypothetical that's pretty egregious. Sure, Your Honor. Do we have the power, sovereign power to do that? And should we do that as a prudent international matter? I think the court needs to tread very carefully on that, very lightly given the extreme implications of such a rule. I don't think the banks here are arguing that there could never be a circumstance where a foreign bank could be liable in the U.S. if the due process standards were met and that was... the connection was made. Well, I didn't say due process. You guys talk about due process. Do you think they're subject to our due process laws? Well, they have to be subject to them in order to be able to be brought into court here, Your Honor. That's a standard we apply to the way we can exercise our jurisdiction over. That's correct, Your Honor. We're subject to it. That's correct. This court is subject to it and would not be able to bring these other banks without a satisfying constitutional requirement. You're not suggesting we bomb your banks, are you? No, I'm definitely not suggesting that. I think my banks would be very upset if that happened. But clearly, that is sovereign to sovereign. That's how sovereigns settle disputes with armies. But... Negotiation treaties. I mean, ultimately, that. But you don't do that for fraud. Somebody that attempts fraud on a citizen in Virginia, we don't send the Marines after them. Plaintiffs may want to in this case, but that's normally how it works. But the serious point is you don't do that. You use the courts, and so in the courts, you have to decide what is... The courts have to decide when is it fair for us to exert our influence over that entity. Right, of course, Your Honor. And frankly, Your Honor... And by the way, let me say, I want to take you back to that old notion of general contacts and specific contacts. It seems to me it's much less offensive to the idea of due process if, when you... And by the way, we don't hail people in the court. I'm from E Harlem in the court. But at any rate, you bring them into court because their contacts are directly related to this event. That's why I was talking about, you know, the specific versus general contacts. And that's why I was trying to get to, and I didn't see... I think you kind of maybe even begrudgingly acknowledge it might be possible under some scenario if actually alleged and then shown that you could have jurisdiction on a specific contact. Now, by the way, I'm not sure that I'm prepared to unravel exactly what that contact is if it goes through intermediate areas and five or six or eight different countries and through the banking system. I don't know about all that, but it seems to me the theory's one that's acceptable. But I do have a question in this case about whether or not any of that was properly played. But I'll let you answer anything you want to say to Judge Niemeyer as to his question. Well, I think the key point here, and Judge Shedd, I think you touched on it very well, is the banks are not trying to create new law in this realm or establish an absolute framework of jurisdictional boundaries. This case is so far from the mark that it doesn't present the question that could even pose the test, that could even meet the test, could even establish the standard. You agree. Judge Shedd makes a good point that our courts impose restrictions of due process on the way we function. That is exactly right, Your Honor. And the way we apply those principles to people outside the country, it becomes a little bit more delicate, as observed in Asahi. That is exactly right, Your Honor. But it doesn't deny us the right... If an American citizen is injured in Virginia by fraud committed from outside, that's a little bit like firing a gun from outside and hitting the Virginia farmhouse. We can hail that person, or I think all we can do is hail them. Hail them, haul them, whatever you... Well, we can't haul them. We'll hail them and then try to attach his assets, I suppose. Your Honor, there are several examples of foreign entities being hailed into court in the United States for actions that occurred overseas when they actually did... Again, the court had due process requirement. Does the Supreme Court address that at all? I don't... I'm not aware of the Supreme Court addressing this issue, Your Honor. I think the Gucci case that my colleagues mentioned is an interesting example here, precisely why jurisdiction doesn't lie in this case, Your Honor. In the Gucci case, you had a... The initial defendant, the initial counterfeiter, it was a counterfeit goods case, and the initial counterfeiter was already... already had been found liable of counterfeiting. On that basis, they had figured out what banks processed the transactions for that counterfeiter. The counterfeiter knew the bank processing the transaction. There was evidence that they knew of the counterfeit transactions, that they knowingly complied with that, that they actually specialized in high-risk merchants, so that was their target market were these types of counterfeit products, that they took affirmative steps to engage in the counterfeit activity. Do you think this is more of an Iqbal-Tuomly-type problem? It certainly touches on that as well, Your Honor. I know that's fair to say the cause of action, but we have to deal with personal jurisdiction here. Do you see... I mean, is that how you would have us resolve this, that somehow looking at the principles in Iqbal and Tuomly... I know that's fair to say the cause of action. Sure. But you look at... We would look at personal jurisdiction that way, too, and go, is there enough in that, especially as Judge Niemeyer notes, and maybe a more delicate situation, is there enough that's been asserted under those standards for us to be able to say we do have personal jurisdiction in this case? I certainly think that's a fair approach, Your Honor, and I actually think Judge Brinkema touched on that at one of the oral arguments in one of the motions to dismiss for personal jurisdiction. What other approach is more fair than that? Well, I wouldn't say other approaches are more fair. I would say that there are other approaches or simply looking at it from the personal jurisdiction context that there needs to be plausible claims to give rise. No, but I thought you've already said... You may not have conceded it, but I thought you've allowed that under the right facts you may well have jurisdiction. I thought you've already said that. Your Honor, then perhaps I'm agreeing with you. No, no, I'm not trying to badger you on this, but it seems to me a fault through hypotheticals that it certainly appears like you would concede that there is at least conceivable a circumstance that an entity outside, through either an agent or otherwise, could be held under this quote-unquote personal jurisdiction. But that... I thought that's a given. But so before you can argue about the facts later in a developed case  you first have to look at a motion to dismiss, the question of do the allegations in the complaint even meet the standard to be explored? Does that make sense to you what I'm saying? It does make sense to me, and one of the responses to that would be I agree it certainly needs to meet the Twombly-Iqbal standards. Arguably, Your Honor, it needs to meet an even higher standard than that because that is already accepting the fact that there is a personal jurisdiction. Right now you're dragging entities from... No, I know I'm talking about something akin to that standard. In our question of assessing whether or not there is personal jurisdiction. You understand? Yeah, I do understand, and I think that is the general framework in which it could be examined, Your Honor. As I said, I think the standard might even be higher than for a 12b-6 motion. So you would do what? They have to have even more specific assertions? It would have to be, as this Court once stated, a threshold showing, something where there... Well, isn't that what Iqbal-Twombly really is, too? It might be, Your Honor. I don't want to split hairs on the terms, but I don't know if he's showing a higher standard. The point I'm trying to make is this. I'm not talking about the standard that you have to meet to establish personal jurisdiction, but the standard of what we accept from the complaint as facts to see if that standard is met. Does that make sense to you? It does make sense. I think Twombly and Iqbal do... On personal jurisdiction issues, you can't just rely on a pleading. You have to demonstrate facts. This is a motion the Court can find facts on. You don't go to juries on personal jurisdiction. The Court can have a full hearing, can hear witnesses, but if they just allege jurisdiction and allege some facts, they have to do more than that, don't they? It's challenged. That's where I was going, Your Honor. I think it would likely be a higher standard. There is a burden. But a mini-trial isn't required. You wouldn't say that every time there's a personal... There's no requirement, Your Honor, of course, but that's an option. My point is there may be... that the complaint may be so deficient that you don't even qualify to have a trial on that point. Wouldn't you agree with that on a personal jurisdiction? If the complaint is deficient, then you don't get any further... You don't even get to that standard. You'd have a personal... You can have a proceeding if the Court has some questions about it, and the Court, without a jury, could make that determination, but the Court doesn't always have to have that hearing in a motion to dismiss for lack of personal jurisdiction. Of course not, Your Honor. All right. All right. Thank you, Your Honor. Thank you. May it please the Court. Could you just address the specifics in this case? Let's get away from the theories of the case. Delight. The argument is that we had one transaction that is in the United States involving John Doe, and the claim is that we don't know whether the merchant involving John Doe dealt with these banks. Is that so? Two questions there, Your Honor. Right. Number of transactions, yes. We have one specific class representative named in this case, John Doe, who tried to buy drugs, but he is a class representative standing in for what will probably be millions of class members. I understand, but if he doesn't qualify, have a claim, no one else is going to. His buy, Your Honor, was processed through a bank, or pardon me, through a merchant doing business as Canadian Pharmacy. He knows the brand name on the website. He knows the name of the domain name he went to, the phone number that was provided to him on the website, and then a different domain name that appeared on his credit card transaction statement when the card was actually charged. He and I have contacted his bank to try to have his bank tell us, and this is part of the problem with all of this, I would love to have the merchants behind all of this here. As my opposing counsel concedes, there's little question that those merchants who did this to John Doe and the others is subject to personal jurisdiction in this country. It would be delightful to have them here. I understand the problems, but I'm trying to figure out what have you demonstrated specifically with respect to these banks. At the time of the filing of the complaint, we were not able without a subpoena, even with his permission. I'm talking about the state of the record now. And the state of the record now doesn't indicate which bank processed his transaction, but we have alleged that it was one of the six banks. Well, that's pretty hard. Are we supposed to guess? Why don't you just list all thousands of banks in the country and say it's a world and say it's one of these? Well, but there's a plethora of evidence that is in the record, Your Honor, that indicates these six banks weren't picked by us willy-nilly. These six banks were picked because researchers in computer science area, cyber investigators. Well, they show that they engage in these types of transactions, but we have a case of controversy involving a particular person who was injured, and that person is trying to recover his injury from somebody. But we don't even know if these banks are the ones that were involved in the. . . It's not in the record, Your Honor, but I do know. We issued a subpoena to his issuing bank in the course of the case, and we know. It's not in the record. It's St. Kitts, Nevis. What am I supposed to do? Well, you asked, and I'd offer. It is one of the six banks. It's one of the two banks that we dismissed after Judge Brinkema granted the personal jurisdiction motions because I don't think that having this one transaction tied to one of these six banks, the other five banks would obviously say, Ha-ha, it wasn't me. That bullet didn't hit me. Well, isn't that what our jurisprudence is about? We have cases of controversies between a plaintiff and a defendant. But our plaintiff is a class. No, it's not a class. There's no certification. You're purporting to represent a class. Your plaintiff is here alone right now. I understand. And I want to know whether this plaintiff has a cause of action against any one of these parties. I think he does because we don't know whether St. Kitts processed his charge where in time. But it's not in the record which of these six bank entities is the party.  We would have to guess among the class of defendants. Traditional sort of tort problem where a number of Most states, except maybe California, will not let you sue multiple defendants and say it was one of them. You have to make an allegation against them. If you have three people that supplied asbestos to a plant and you don't know which company it was involved in your situation, you're out of luck. And in some context, that makes eminent sense. In the context of offshore entities engaged in Internet business, it doesn't make sense. Except we don't even know who he dealt with except it was called Canadian Pharmacy. Right. The face of the webpage said Canadian Pharmacy. And that's all we know? No. We know a telephone number. We first know Canadian Pharmacy is one of about a dozen, two dozen brand names that are tied to about 95% of the overall volume of spam activity in the world today. It's not thousands of brands. It's two dozen. Do you have a person, a human being, or a corporation that is responsible for the fraud to your client? I know to a moral certainty that person exists. Have I identified him by name? Have I identified him by name? No. You know, that's like saying we know something caused something. We just don't know what it was. No, it's like saying five men came out in the dark wearing masks and beat me up. And I don't know... Well, if all five beat you up, there's no problem. But what if only one beat you up? I think that you would still in this context be entitled to... You can't sue all five. You have to sue one and get the right one. Do you think three men are beating you up right now? Just wondering. And the difference is I know your names. The internet provides a fundamental change in the context. Well, let me just ask this straightforward question. We don't know the merchant, right? We don't know the name of the human being or the corporate entity. And therefore, we also don't know which bank was involved. Within this record, no. So we basically have a man in Virginia who put a purchase order to a Canadian pharmacy and got a phony... Never got his drugs. Never got his drugs. Drugs did not arrive. Perhaps seized by customs. We also have another plaintiff, though, Your Honor, Project Honeypot, which is an email service provider. How have they been injured? They've been injured because they're in the business of providing email service to customers. And as part of that service, anyone who opens a mail system on the internet today, you can just plug it in. You don't even have to announce to the world it exists. Botnets run by these bad guys... So how have you been injured? How do you assert you've been injured? Their mail server is inundated with spam at the same time that they're trying... What's the injury? The injury is they have to overbuild their system in order to accommodate that. Ninety percent of the email traffic in the world today is garbage spam. Wait, wait, wait a second. So the complaint there is a different type of injury. It's not a fraud injury. It's just you send in too much spam? No, it's a fraud injury as well because the communications are coming from, largely from compromised computers. The bad guys are putting a virus on your machine. Hold it now. This is a totally different theory. I mean, now you've got an argument. You've got an argument that some entity somewhere in the world is flooding the Internet and that entity is liable to you because your system is being flooded with spam. What kind of claim is that? Well, that's a... Can spam expressly provides federal... What's the nature of the cause of action? There's no fraud. Ultimately, it's trespass to channels, and there is an underlying fraud, Your Honor. There's no government today that has immunized the transmission of spam. No spammer can acquire the services... How do you define spam? It's unsolicited bulk email. Okay, fair enough. That's not fraud. It's just unsolicited. But because it's unsolicited and because my cost of transmitting it to you is trivial but your cost of receiving it is large, we have a tragedy of the... Well, theoretically, then, anybody who receives spam in the United States can sue anybody else in the world who issues spam. That can't be right. And yet, Your Honor, 15 years after the invention of the Internet, I think this is the first case coming before you. On the question, the reality... Do we have to invent some principles? I'm sorry? Do we have to invent some pretty dicey principles? No, there are well-established laws. Indeed, can spam is a federal statute that gives jurisdiction. We've asserted on behalf of Project Honeypot a can spam claim. I think you're... Can you file that in federal court? I thought the spam cases had to be filed in state court. No, they used to have to be. They changed that? They changed that in 2004. A federal statute was passed, which coupled spam with a require... Can spam has in it a fraud requirement, which is not hard to meet because in order to send spam, you can't publicly... What's the fraud requirement in the statute? Falsification of header information. Of what? Of header information. You have to lie about where you're coming from. But that's not... So... Does spam require that? You can have spam that has correct header information. No, it doesn't require it. You could log on to Gmail and send out 1,000 emails advertising Viagra. Google wouldn't deliver your mail. Google would quickly turn you off. Why? Because Google doesn't permit that. You can't have a Gmail account and do that. There's no email provider in the world that will let you send spam. The bad guys have to steal their transmission authority from others in order to... That's not part of the cause of action under the federal... You said it's the header. Well... You're taking us so far afield. John Doe is one issue. I'm just answering your questions. Well, I understand, but now you want us to exercise jurisdiction simply because there are spammers in the world and these banks are responsible for the spammers? No, I think this court can and should take cognizance of the fact that this conspiracy involves conspirators... So why do they want to conspire to flood your system with spam? What's the interest the bank has in that? They're making money off of it. Flood your system? Yes. Your injury is a flooded system. It's an overburdened system. That's what your injury is? Yes, that's Project Honeypot's injury. Well, I understand. I'm not talking about John Doe now. I'm talking about why are you in this case? Because the bank's interest is in making money and spammers cannot engage. The whole point of spam is to spew. They're sending... I thought Honeypot collected spam. Does it? At one aspect, yes. Sweet Honey collects spam, flies. It collects... But isn't that part of what Honeypot does is collect spam? Yes, but partly because you cannot operate... Google, Gmail collects... You've been too successful at it? Gmail collects spam. No, no, no. You've been too successful at collecting spam, which is what you set out to do? No, we've been... but you can't provide that service unless you can defend the integrity of your network. In order to defend the integrity of your network, you have to look at the spam that's attacking your network. You have to take in the spam. You have to look at it and do something about it. In this case, it's an attempt to do that. But there's legal spam, isn't there? I mean, somebody in Russia could be... Not if it's... ...on the Internet. There's no fraud. They're just selling ruby shoes that were landed in Kansas. I mean, you know, they can sell that to the whole world. I don't want to get too deep into the subtleties of email transmission policies, but no. No one in the world can connect... No one's going to cross an international border sending unsolicited commercial email. It's not allowed. The nodes won't permit it if they know about it, and everyone technically is spending a lot of time and money. Technically. Trying to find ways to keep the bad guys from doing this. Getting back to the personal jurisdiction over these banks, I think the spam case really takes some doing to get where you want to go. These guys... Well, except one aspect, Your Honor, that I think brings it home. These banks are required to do due diligence on their merchant when the merchant applies. And if that merchant walks in the door saying, How do we know this... Azerbaijan? Yeah, bank. Don't we have one here? We have two here. Two here. First and second National Bank of Azerbaijan. I mean, what's the allegation that they have flooded your unit so that they've injured you with spam? Or they participated in flooding your... Visa. Visa requires them to know their customer. That requires them in the application process to ask... But all they're doing is processing visa claims. What they're doing is saying, You're a merchant. I'm not going to ask you because I don't want to know how are you generating these sales. You're telling me you're going to generate sales of $10,000 a day. I'm not going to ask you the basis for those sales and ask because if on day one that merchant generates $10,000... Let's not go through too many hypotheticals. But it's not a hypothetical in that regard, Your Honor. Or long explanations. Spammers have to have recurring access to visa. Once they get cut off on Monday, they have to get access on Tuesday. But what if there's no fraud? What if they're selling legitimate aspirin? Legitimate aspirin. And everybody that gets online and sees it, it's inexpensive, is their order is fulfilled. If it's lawful sale... Should we be now bringing them into court for participating in that transaction? I don't hear a cause of action. You're saying if that lawful product was being spam advertised? Yeah. I think it would depend on a careful understanding of the bank's knowledge. No, they understand their merchant mass markets through spam and they sell a lot of aspirin. And they process, their bank processes the visa payments. If spam is distinguished from legitimate online marketing, yes, spam is a crime. It's a crime in almost every jurisdiction in the world. I thought you said it wasn't a crime unless it's a fraud element. Or an incorrect header element. That's the fraud. There could be other fraud too. No, that's just that fraud. That's what he says the fraud is. No, couldn't there be other fraud with spam? No, that would be a fraud claim. The laws criminalizing spam for, I think, trivial First Amendment concerns have generally inserted a fraud requirement. You're not talking about the statute. And that's what I'm referring to. The statutes have generally to assert, to set aside the First Amendment concerns of marketers who claim a right to spam, the laws have added a fraud component to them that qualifies the criminality so that spam that is falsified is illegal. Spam that is not falsified. You have this merchant in the high steps of Russia, and he's got this very sophisticated system, and he markets through spam that he sells everywhere. And he says, I know those United States, they have First Amendment rights, and I'm really going to flood the United States, and I'm going to sell aspirin. And he gets quite a few processes, and he goes through their banks, and he then sends them the aspirin. Now, you're saying that that entitles you, because of this one transaction, to bring these people, not this one transaction, because of general spamming problems, which may be illegal, to bring these banks in. If that advertiser in sending his unsolicited... It's your version, not if. It's not if. They claim they're not spammers, and they're not supporting spammers. They're not even... My answer is, if he's falsifying headers in sending his unsolicited commercial email... He's not. My hypothetical, he's not. And I would submit, Your Honor, the record in that hypothetical, the factual record would establish he's not going to sell very much, because if he's not falsifying headers, he's not going to get... This guy has good aspirin, and he sold quite a bit. But the mail... That's my hypothetical. The mail servers will not accept that mail. He won't find someone to give him that connection. I think we have a lot to think about. I appreciate the court's time. Okay. We'll adjourn court for the day and come down and brief counsel.
judges: Paul V. Niemeyer, Dennis W. Shedd, G. Steven Agee